June 20, 2010

Your Honor,                    10-13077

    I Clovie S. Riley originally filed for a Chapter 7 bankruptcy under the assumption of a paralegal named Rita Butler. Butler stated that I could file a chapter 7 bankruptcy and I could have my back taxes dismissed. Therefore I filed my 2009 federal taxes and the taxes were kept. I was then told to file a chapter 13 so I tried to convert. I then consulted a lawyer at legal aide bankruptcy court. I converted back to a chapter 7 after writing your honor a letter. I was converted back to a chapter 7 then notified I was ineligible for bankruptcy . I am asking can you please approve my chapter 7 bankruptcy due to hardship, financial situations and misrepresentation. I am taking action to report the paralegal to the Department of Labor Licensing and regulation.


Thank You,


Clovie S. Riley

*Clovie S. Riley*

FILED
JUN 2 2 2010
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

**BANKRUPTCY SPECIALIST**

WEBSITE: WWW.LEGALRITA.COM

BUS: (202) 640-3642
FAX: (301) 630-0020
EMAIL: INFO@LEGALRITA.COM

Copy

**RECEIPT**

date 02/13/10   No. 120974
received from Clovie Riley   $ 575.00
Five Hundred Seventy-five 00/100 dollars
for payment of BK Petition

◯ cash   ◯ money order   ◯ credit card   ◯ check #_____

| amount due | 560.00 |
| amount paid | 575.00 |
| balance | 0 |

from Rita Butler Paralegal Services (202) 640-3642
signature Rita Butler

DC250IWS

Incl $75 Filing Fee